# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARTIN LUTHER PEYNADO**, | : | CIVIL ACTION NO. 1:09-CV-0355 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **MARY SABOL, et al.**, | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 8th day of April, 2010, upon consideration of plaintiff's request for appointment of counsel (Doc. 25), and it appearing that, at this juncture of the litigation, plaintiff is capable of proceeding on his own and that review of the claims reveals that they implicate neither complex legal or factual issues nor require factual investigation or the testimony of expert witnesses, see Tabron v. Grace, 6 F.3d 147, 155-57 (3d Cir. 1993) (listing factors relevant to request for counsel), it is hereby ORDERED that plaintiff's motion (Doc. 25) is DENIED. If further proceedings demonstrate the need for counsel, the matter will be reconsidered either *sua sponte* or upon motion of plaintiff. See id.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge