# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARTIN LUTHER PEYNADO**, | : | CIVIL ACTION NO. 1:09-CV-0355 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **MARY SABOL**, et al., | : | |
| Defendants | : | |

## ORDER

AND NOW, this 3rd day of November, upon consideration of defendants' motions for summary judgment pursuant to Federal Rule of Civil Procedure 56 (Docs. 27, 30), and it appearing that although given two opportunities to do so, plaintiff has failed to comply with Local Rule 56.1 (stating "[t]he papers opposing a motion for summary judgment shall include a separate, short, and concise statement of the material facts, responding to the number paragraphs set forth in the statement . . . as to which it is contended that there exists a genuine issue to be tried"), it is hereby ORDERED that:

1. Plaintiff is afforded a final opportunity to file, on or before November 16, 2010, statements of material facts specifically responding to the numbered paragraphs in defendants' statements of material facts (Doc. 29, 32). See L.R. 56.1.

2. The statement of material facts shall include specific references to the parts of the record that support the statements and shall comply in all respects with Local Rule 56.1.

3. Failure to timely file a statement of material facts in accordance with Local Rule 56.1 will result in the facts set forth in defendants' statements of material facts (Doc. 29, 32) being deemed admitted.  See L.R. 56.1.

                                             S/ Christopher C. Conner
                                             CHRISTOPHER C. CONNER
                                             United States District Judge